■ BRIDGET HORAN et al. v. FRANCIS LARKIN et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Botein, Cox, Frank and Valente, JJ. [See 1 A D 2d 999.]

■ EDNA G. KIRK v. WILLIAM A. KIRK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ. [See 1 A D 2d 945.]

■ AMERICAN NEWS COMPANY, INC., v. AVON PUBLISHING CO., INC., et al. — Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ. [See 1 A D 2d 1005.]

■ In the Matter of CASTLETON ESTATES, INC., Appellant, against CHARLES ABRAMS, as State Rent Administrator, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Cox, Frank and Valente, JJ. [See 1 A D 2d 390.]

■ HARMOR OPERATING CO., INC., v. VENT-O-MATIC INCINERATOR CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Rabin and Cox, JJ. [See 1 A D 2d 551.]

■ In the Matter of the Application of EMANUEL HALPERN, for Reinstatement as an Attorney.— Motion denied. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■ In the Matter of the Application of MAXWELL M. WALLACH, for Reinstatement as an Attorney.— Motion denied. Concur — Peck, P. J., Breitel, Frank and Valente, JJ.

■ IRENE E. MEENAN v. JOHN E. MEENAN.— Motion for resettlement granted. Concur — Peck, P. J., Botein, Rabin, Cox and Bergan, JJ. [See 286 App. Div. 775; 1 A D 2d 774.]

■ MICHAEL F. DRINKHOUSE v. PARKA CORPORATION et al.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Breitel, J. P., Cox, Frank and Valente, JJ. [See 1 A D 2d 945.]

■ UNITED INDUSTRIAL SYNDICATE, INC., Respondent, v. WALTER W. WEISMANN et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ. [See 1 A D 2d 1005.]

■ ALBERT BRADICK, Appellant, v. RUDOLPH H. DEETJEN et al., Respondents, et al., Defendants.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Concur — Peck, P. J., Rabin, Cox and Valente, JJ. [See 1 A D 2d 999.]

■ MAX STABINS et al. v. ERWILL REALTY CORP. et al.— Motion for reargument denied, with $10 costs. Concur — Peck, P. J., Rabin, Cox, Frank and Valente, JJ. [See 1 A D 2d 1000.]

■ In the Matter of DYNAMICS CORPORATION OF AMERICA, Appellant. ABRAHAM & Co. et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ. [See 1 A D 2d 1005.]

■ MARLENE BLOUSE CORP. v. CARL MANIS et al., Individually and as Copartners Doing Business under the Name of MANIS & SINGER, et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Frank and Valente, JJ.

■ ROBERT M. CROMWELL v. JOHNSON, DRAKE & PIPER INC. et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Peck, P. J., Breitel, Frank and Valente, JJ.